THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Alonzo
 Taylor, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge
Unpublished Opinion No. 2009-UP-335
Submitted May 1, 2009  Filed June 15,
 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Solicitor
 Warren B Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kenneth
 Alonzo Taylor appeals his guilty plea and sentence to assault and battery of a
 high and aggravated nature, arguing his plea was not knowingly and voluntarily
 entered.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.